# UNITED STATES BANKRUPTCY COURT

## Northern District of California, San Jose Division

| | | | | |
|---|---|---|---|---|
| In Re: | VILORIA, Florentino & Lilia | Case No. | 09-59380 | |
| | **Debtor** | | (if known) | |
| | | Chapter | 11 | |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $3,227,775.00 | | |
| B - Personal Property | Yes | 5 | $38,455.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,779,703.08 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $84,649.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $374,441.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $54,884.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $152,371.25 |
| TOTAL | | 25 | $3,266,230.00 | $3,238,794.36 | |

# UNITED STATES BANKRUPTCY COURT

## Northern District of California, San Jose Division

In Re:        VILORIA, Florentino & Lilia          Case No.        09-59380

                             **Debtor**                                (if known)

                                                           Chapter          11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | 88,811.53 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 14,000.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 102,811.53 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 54,884.00 |
| Average Expenses (from Schedule J, Line 18) | 152,371.25 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | | $268,698.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $88,811.53 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | 0.00 |
| 4. Total from Schedule F | | $360,441.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $629139.57 |

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 27 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

| 11/13/2009 | | **/s/ Florentino Viloria** |
|---|---|---|
| Date | | **Signature of Debtor** |
| 11/13/2009 | | **/s/ Lilia Viloria** |
| Date | | **Signature of Joint Debtor** |

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |
|---|---|

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

Address

X

| Signature of Bankruptcy Petition Preparer | Date |
|---|---|

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*    11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of  sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

| Date | | Signature of Authorized Individual |
|---|---|---|

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

In Re: _____VILORIA, Florentino & Lilia_____     Case No. _____09-59380_____
_____**Debtor**_____                     (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1st Rental Property/Single Family Residence120 acres 5551 Sweigart Road San Jose, CA 95132 Debtor's own 5026765643f property Value based on Assessor Report dated 11/9/09 | Joint tenant | | 1,477,308.00 | 1,003,734.74 |
| 2nd Rental Property/ Single Family Residence 5BR 3BA 2.5 Acres 3535 Sierra Road, San Jose, CA 95132 Debtor's own 5026765643f property Value based on Assessor Report dated 11/9/09 | Joint tenant | | 1,181,349.00 | 957,690.34 |
| 3rd Rental Property/ Single Family Residence 3BR 1BA 1704 Theron Way Modesto, CA Value based on zillow.com as of 11/6/09 | Joint tenant | | 70,500.00 | 190,683.00 |
| 4th Rental Property/ 10 Unit Residence 305 West Cincinatti Avenue Las Vegas, CA Value based on Assessor Report dated 11/9/09 | Joint tenant | | 259,363.00 | 246,000.00 |

In Re:      VILORIA, Florentino & Lilia         Case No.           09-59380

                         **Debtor**                                           (if known)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Commercial Property<br>2485 Autumnvale Drive #M<br>San Jose, CA 95131<br>Value based on Assessor Report dated 11/9/09 | Joint tenant | | 214,255.00 | 150,000.00 |
| 1/5 acre of raw land<br>APN No. 021-250-0170<br>Lot 1564<br>Mariposa County, CA<br>Value per client | Joint tenant | | 25,000.00 | 39,969.00 |
| | | Total | $3,227,775.00 | |

In Re:        **VILORIA, Florentino & Lilia**       Case No.       09-59380

                              **Debtor**                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".
     If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Husband, Wife | C | 100.00 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | 1.Checking account #5269 Bank of America<br>2. Checking account 8442 Comerica<br>3. Savings account Bankof America<br>4. Checking account Wachovia/Wells Fargo | C | 0.00<br>90.00<br>0.00<br>20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings, including audio, video, and computer equipment.<br>1492 Crosley Court<br>San Jose, CA 95132 | C | 1,500.00 |

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

                               **Debtor**                             (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing<br>1492 Crosley Court<br>San Jose, CA 95132 | C | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In Re:  VILORIA, Florentino & Lilia                    Case No.                  09-59380
        **Debtor**                                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | South Bay Termite f.k.a City Termite Control and Repair San Jose, CA Owners 100 | C | 8,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decendent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re: _____VILORIA, Florentino & Lilia_____     Case No. _____09-59380_____

**Debtor**     (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations contain-ing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 RX 300 Lexus  $6,350; 1998 Mercedes ML $4,825; 2000 BMW 323 7,350; 1995 Mitsubishi Pick Up $1,090; 1995 Nissan Sentra $1,260; 1995 Toyota Tacoma $2,025 | C | 22,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 computers 1492 Crosley Court San Jose, CA 95132 | C | 600.00 |

In Re:      VILORIA, Florentino & Lilia          Case No.            09-59380

                      **Debtor**                                               (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, fixtures, equipment, and supplies used in business. City Termite Control and Repair San Jose, CA | C | 150.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 50 goats $4,000 50 chickens $300 6 geese $30 2 llama $500 | C | 4,830.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | Farm supplies, chemicals, and feed. 5551 Sweigart Road, San Jose, CA 95132 | | 165.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $38,455.00 |

In Re:       VILORIA, Florentino & Lilia       Case No.       09-59380

**Debtor**       (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   Check if debtor claims a homestead exemption that exceeds $136,875.

☐   11 U.S.C. § 522(b)(2)
☒   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Husband, Wife | 703.140 (b)(5) | | 100.00 |
| 1.Checking account #5269 Bank of America<br>2. Checking account 8442 Comerica<br>3. Savings account Bankof America<br>4. Checking account Wachovia/Wells Fargo | 703.140 (b)(5) | | 0.00 |
| Household goods and furnishings, including audio, video, and computer equipment.<br>1492 Crosley Court<br>San Jose, CA 95132 | 703.140 (b)(3) | 1,500.00 | 1,500.00 |
| Clothing<br>1492 Crosley Court<br>San Jose, CA 95132 | 703.140 (b)(3) | 100.00 | 100.00 |
| South Bay Termite f.k.a<br>City Termite Control and Repair<br>San Jose, CA<br>Owners 100 | 703.140 (b)(1) | 8,000.00 | 8,000.00 |

In Re:        VILORIA, Florentino & Lilia        Case No.        09-59380

                          **Debtor**                                        (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2000 RX 300 Lexus $6,350; 1998 Mercedes ML $4,825; 2000 BMW 323 7,350; 1995 Mitsubishi Pick Up $1,090; 1995 Nissan Sentra $1,260; 1995 Toyota Tacoma $2,025 | 703.140(b)(1)(2)(5) | 17,245.00 | 22,900.00 |
| 2 computers 1492 Crosley Court San Jose, CA 95132 | 703.140 (b)(6) | 600.00 | 600.00 |
| Machinery, fixtures, equipment, and supplies used in business. City Termite Control and Repair San Jose, CA | 703.140 (b)(6) | | 150.00 |
| 50 goats $4,000 50 chickens $300 6 geese $30 2 llama $500 | 703.140 (b)(1) | 4,830.00 | 4,830.00 |
| Farm supplies, chemicals, and feed. 5551 Sweigart Road, San Jose, CA 95132 | 703.140 (b)(1) | 165.00 | 165.00 |

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

**Debtor**      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules, and if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 6967<br><br>Aurora Loan Services<br>601 5th Avenue<br>Scottsbluff, NE 69361 | | | Opened August 2005<br>1st home mortgage<br>3535 Sierra Road<br>San Jose, CA 95312<br><br>VALUE $    1,181,349.00 | | | | 778,633.34 | 0.00 |
| Account Number: 4404<br><br>BAC Home Loan Servicing L.P<br>(f.k.a. Countrywide Home Loan Servicing L.P.)<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024 | | | Home Equity Line of Credit<br>3535 Sierra Road<br>San Jose, CA<br><br>VALUE $    1,181,349.00 | | | | 280,000.00 | 0.00 |
| Account Number: 9940<br><br>Cal-Western Reconveyance Corporation<br>525 East Main Street<br>P.O.Box 22044<br>El Cajon, CA 92022 | | | Substitution of Trustee for Wachovia in August 2009<br>1st home mortgage<br>1704 Theron Way<br>Modesto, CA 95351<br>VALUE $    70,500.00 | | | | 190,683.00 | 120,183.00 |
| Subtotal<br>(Total of this page) | | | | | | | $1,249,316.34 | $120,183.00 |
| Total<br>(Use only on last page) | | | | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

   1    continuation sheets attached

In Re: _____ VILORIA, Florentino & Lilia _____     Case No. _____ 09-59380 _____

**Debtor**

(if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 4541<br><br>The Deerwood Corporation<br>210 Porter Drive<br>PO Box 173<br>San Ramon, CA 94583 | C | | Opened Sept. 2009<br>1st Mortgage on raw land<br>APN No. 021-250-0170<br>Lot 1564<br>Mariposa County, CA<br>VALUE $     25,000.00 | | | | 39,969.00 | 14,969.00 |
| Account Number:<br><br>Management and Investment Group<br>7137 Cressida Court<br>Las Vegas, NV 89113 | C | | 1st Mortgage on<br>305 W. Cincinatti Ave.<br>Las Vegas, NV 89102<br><br>VALUE $     259,363.00 | | | | 246,000.00 | 13,363.00 |
| Account Number:<br><br>Vickie Mabutas<br>951 Sycamore Ct.<br>Palo Alto, CA 94043<br>1/4 owner of Sweigert property | C | | Down payment by creditor on mortgage for 5551 Sweigert Rd<br>San Jose, CA<br><br>VALUE $     50,000.00 | | | | 50,000.00 | 0.00 |
| Account Number: 1173<br><br>Santa Barbara Bank<br>c/o Network of Preffered Community Banks<br>PO Box 60704<br>Santa Barbara, CA 93160 | C | | Opened 2006<br>1st home mortgage<br>5551 Sweigert Road<br>San Jose, CA 95132<br>VALUE $     1,477,308.00 | | | | 1,003,734.74 | 0.00 |
| Account Number: 9940<br><br>Wachovia Mortgage<br>3348 Lakeshore Avenue<br>Oakland, CA 94610 | C | | 1st Mortgage on<br>1704 Theron Way<br>Modesto, CA<br><br>VALUE $     70,500.00 | | | | 190,683.00 | 120,183.00 |
| Account Number:<br><br> | C | | <br><br>VALUE $ | | | | | |
| Account Number: 1998<br><br> | | | <br><br>VALUE $ | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $1,530,386.74 | $148,515.00 |
| | | | Total<br>(Use only on last page) | | | | $2,779,703.08 | $268,698.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

In Re:        VILORIA, Florentino & Lilia        Case No.        09-59380

                             **Debtor**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding unsecured priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily conusmer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  1  </u>   continuation sheets attached

In Re: ___VILORIA, Florentino & Lilia___    Case No. ___09-59380___
           **Debtor**    (if known)

Taxes _____
Type of Priority

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: _____<br>Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | | | | | | | |
| Account Number: _____<br>IRS - Centralized Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | C | | Taxes owed from previous years | | | | | 4,161.82 | |
| Account Number: _____<br>Santa Clara County<br>The Tax Collector's Office,<br>70 West Hedding St.,<br>Easr Wing, 6th Flr.<br>San Jose, CA 95110 | C | | 2485 Autumnvale Dr., Unit M<br>San Jose, CA<br><br>5551 Sweigert Road<br>San Jose, CA | | | | 3,935.76<br><br>75,872.27 | 3,935.76<br><br>75,872.27 | |
| Account Number: _____<br>Mariposa County<br>Tax Collector<br>4982 10th Street<br>PO Box 247<br>Mariposa, CA 95338 | C | | APN No. 021-250-0170<br>LOT 1564 | | | | 4,841.68 | 4,841.68 | |
| Account Number: _____<br>Treasurer/Tax Collector<br>1010 Tenth Street<br>Suite 2500 Modesto, Ca. 95354 | | | For Notification Purposes | | | | | | |
| Account Number: _____<br>Clark County Tax Collector<br>500 South Grand Central Parkway<br>PO Box 551220<br>Las Vegas, Nevada 89155-1220 | | | For Notificaiton Purposes | | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $84,649.71 | $88,811.53 | $0.00 |
| | | | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $84,649.71 | | |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $88,811.53 | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

                                 **Debtor**                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 6040<br><br>American Infosource LP as agent for<br>FIA Card Services, NA / Bank of America<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | | H | Credit Card<br>CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR | | | | 2,490.00 |
| Account Number: 5836<br><br>Capital One Bank<br>P.O. Box 85520<br>Richmond, VA 23285 | | J | Credit Card<br>ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | 7,401.00 |
| Account Number: 3103<br><br>Capital One Bank<br>P.O. Box 85520<br>Richmond, VA 23285 | | | Credit Card<br>BUSINESS CREDIT CARD<br>DELINQ 120 DAYS | | | | 1,922.00 |
| Account Number: 0573<br><br>Credit Bureau Center<br>1804 10th Street,<br>Monroe, MI 53566 | | | Collection Agency for 10 L V Valley Water District | | | | 51.00 |
| | | | | | | Subtotal | $11,864.00 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

    <u>3</u>   continuation sheets attached

In Re:     **VILORIA, Florentino & Lilia**      Case No.      09-59380

           **Debtor**           (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account Number: 0452**<br>Enhanced Recovery Services<br>P.O. Box 1967<br>Southgate, MI 48195 | | | Collection Agency for AT&T | | | | 181.00 |
| **Account Number: 5605**<br>Innovative Collection Services<br>170 Wilkinson Road,<br>Brampton, ON L6T4Z5 | | | Collection agency for City of San Jose Parking | | | | 66.00 |
| **Account Number: 3320**<br>Macy's DSNB<br>911 Duke Blvd.,<br>Mason, OH 45040 | | | Credit Card<br>ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | 205.00 |
| **Account Number: 2460**<br>Shell / Citi<br>General Correspondence<br>P.O. Box 6406<br>Sioux Falls, SD 57117 | | | Gas Card/Credit Card<br>AS AGREED | | | | 307.00 |
| **Account Number: 2568**<br>Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | | H | Credit Card | | | | 2,382.43 |
| **Account Number: 1962**<br>Capital One Bank<br>P.O. Box 85520<br>Richmond, VA 23285 | | W | Credit Card | | | | 1,680.33 |
| **Account Number: V351**<br>Alliance One<br>1160 Centre Pointe Drive, Suite #1<br>Mendota Heights, MN 55120 | | W | Collection agency for Capital One Credit Card | | | | 6,749.15 |

Subtotal     $11,570.91

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re:     VILORIA, Florentino & Lilia       Case No.      09-59380

**Debtor**                          (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4993 <br> Capital One Bank <br> P.O. Box 85520 <br> Richmond, VA 23285 | | W | Credit Card | | | | 6,378.68 |
| Account Number: 042` <br> Alliance One <br> 1160 Centre Pointe Drive, Suite #1 <br> Mendota Heights, MN 55120 | | W | Collection Agency for Capital One Credit Card | | | | 7,009.36 |
| Account Number: 5147 <br> Portfolio Recovery Assosciates LLC <br> PO Box 12914 <br> Norfolk, VA 23541 | | W | Collection Agency for Wells Fargo Credit Card | | | | 17,358.09 |
| Account Number: 3038 <br> Enhanced Recovery Corporation <br> PO Box 1967 <br> Southgate, MI 48195 | | W | Collection agency for Wells Fargo Credit Card | | | | 1,230.41 |
| Account Number: <br> Faicollect Inc. <br> PO Box 7148 <br> Bellvue, WA 98008 | | W | Collection Agency for Wells Fargo Credit Card | | | | 39,275.52 |
| Account Number: 2568 <br> Advanced Call CEnter Technologies, LLC <br> PO Box 8457 <br> Gray, TN 37615 | | H | Collection Agency for FIA Card Services Credit Card | | | | 374.00 |
| Account Number: 9581 <br> Friedman & Wexler, LLC <br> Attorneys and Counselors <br> 500 W. Madison Street, Suite 2910 <br> Chicago, IL 60661 | | H | Collection Agency for VW Credit Fees owed for a car rental | | | | 5,375.68 |

|  | Subtotal | $77,001.74 |
|---|---|---|
|  | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. _2_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re:      **VILORIA, Florentino & Lilia**      Case No.      09-59380

**Debtor**          (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Eliza Guerrero<br>c/o Robin Dakan<br>PO Box 33244<br>Los Gatos, CA 95031 | C | | Guerrero v. Viloria et al.<br>Case No. 149869<br>Merced County, CA<br>Unlimited Civil | | | | 50,000.00 |
| Account Number: 3690<br>Law Offices of Martin Deutsch<br>440 North First Street<br>Suite 200<br>San Jose, CA 95112 | | H | Legal representation in various actions | | | | 220.27 |
| Account Number: 3601<br>Law Offices of Martin Deutsch<br>440 North First Street<br>Suite 200<br>San Jose, CA 95112 | | H | Legal representation in various actions | | | | 17,383.98 |
| Account Number: 3920<br>ACN Communication Services<br>Revenue Protection Department<br>1000 Progress Place<br>Concord, NC 28025 | | H | Phone charges | | | | 65.12 |
| Account Number: 8921<br>ACN Communication Services<br>Revenue Protection Department<br>1000 Progress Place<br>Concord, NC 28025 | | H | Phone charges | | | | 10.99 |
| Account Number: 4475<br>Chase Bank<br>PO Box 15548<br>Wilmington, DE 19886 | | H | Credit Card | | | | 3,815.44 |
| Account Number: 6040<br>Northstar Location Services<br>4285 Genesee Street<br>Cheektowaga, NY 14225 | | H | Collection Agency for Bank of America<br>Credit Card | | | | 2,490.38 |

Subtotal      $73,986.18

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re:      **VILORIA, Florentino & Lilia**      Case No.      09-59380

**Debtor**      (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Landlords Eviction<br>1200 G Street<br>PO Box 3283<br>Modesto, CA 95353 | | W | Eviction Services | | | | 750.00 |
| Account Number: 6596<br><br>Northshore Agency Inc.<br>PO Box 8901<br>Westbury, NY 11590 | | H | Collection Agency for Bottom Line Books<br>Book Order | | | | 47.94 |
| Account Number:<br><br>Lucy Ward<br>1000 Grove Avenue<br>Atwater, CA 95301 | | | Previous renter on this forclosed property. Property forslosed August 2009. Renter moved out September 2009. Demanding her security deposit. | | | | 1,400.00 |
| Account Number: 1998<br><br>WELLS FARGE HOME MORTGAGE<br>PO Box 9039<br>Temecula, CA 92589 | | | Home Equity Line of Credit on foreclosed property<br>1533 Wharton Court<br>San Jose, CA 95132 | | | | 97,482.00 |
| Account Number: 0368<br><br>Saunders Air Conditioning and Heating<br>500 North First Street<br>Turlock, CA 95380 | | H | Service Repair and Filiter change | | | | 64.98 |
| Account Number: 5650<br><br>Receivable Management Services<br>4836 Brecksville Rd.<br>PO Box 498<br>Richfield, OH 44286 | | W | Collection Agency for Personnel Concepts-1 | | | | 112.94 |
| Account Number: 9624<br><br>NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | W | Colleciton Agency for Spint<br>Phone charges | | | | 153.67 |

| | |
|---|---|
| Subtotal | $100,011.53 |
| Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re:  **VILORIA, Florentino & Lilia**   Case No.   09-59380

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 0000<br><br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113 | | H | Garbage Services for<br>1533 Wharton Court<br>San Jose, CA 95132 | | | | 55.00 |
| Account Number:<br><br>New Concepts in Cnstruction<br>8285 Helena Ave.<br>Las Vegas, NC 89129 | | H | Electrical work for<br>305 Cincinnati Ave,<br>Las Vegas, CA 89110 | | | | 450.00 |
| Account Number:<br><br>Artstic Iron Works<br>105 W. Charleston Blvd.<br>Las Vegas, NV 89102 | | H | Iron Installation work for<br>305 Cincinnati Avenue<br>Las Vegas, CA 89110 | | | | 650.00 |
| Account Number: 2003<br><br>Cox Communications<br>PO Box 3901<br>Las Vegas, NV 89127 | C | | Phone Charges for<br>305 Cincinnati Avenue<br>Las Vegas, CA 89110 | | | | 13.49 |
| Account Number: 8303<br><br>Collection Bureau of America<br>PO Box 5013<br>Hayward, CA 94503 | | H | Collection Agency for AT&T | | | | 181.49 |
| Account Number: 4475<br><br>Central Portfolio Control<br>6640 Shady Oak Rd.<br>Eden Prarie, MN 55344 | | H | Collection Agency for RiverWalk Holdings LTD,II<br>Original Creditor: Washington Mutual Credit Card | | | | 3,995.25 |
| Account Number: 2825<br><br>Contra Costa Times<br>DEPT 8217<br>Los Angeles, CA 90084 | | H | Real Estate Advertising Expenses for Florentino, a Real Estate Agent | | | | 479.98 |
| | | | | | | Subtotal | $5,825.21 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no.   5   of   2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re:     **VILORIA, Florentino & Lilia**        Case No.            09-59380

                 **Debtor**                             (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 1962<br><br>Experian<br>475 Anton Boulevard<br>Costa Mesa, CA 92626 | | W | Credit Card | | | | 182.00 |
| Account Number:<br><br>Sko Kat Enterprises<br>1608 Copenhagan<br>Solvang, CA 93463 | | C | Sko Cat Enterprises v. Termite City Control & Repair, Florentino and Lilia Viloria<br>Case No. 709sc036812<br>Santa Clara County<br>Small Claims | | | | 5,000.00 |
| Account Number:<br><br>Donald Sellers<br>c/o William Pinelli & Cullen<br>110 N. 3rd San Jose, CA 95112 | | C | D. Sellers v. City Termite Control and Repair, Inc.<br>Case No: 1-09-CV-137041<br>Santa Clara Valley<br>Wrongful Termination<br>Notification Purposes | | | | 75,000.00 |
| Account Number:<br><br>University of San Francisco<br>2053 Fulton Street<br>San Francisco, CA 94117 | | W | Student Loan for daughter | | | | 14,000.00 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| | | | | | Subtotal | | $94,182.00 |
| | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $374,441.57 |

Sheet no. __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Official Form 6G (12/07)**

In Re: _____VILORIA, Florentino & Lilia_____     Case No. _____09-59380_____
                        **Debtor**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Ms. Arieoa<br>1704 Theron Way<br>Modesto, CA 95351 | Rental Lease<br>Debtors are owners and landlords of property |
| Teresita Abrojar<br>1492 Crosely Court<br>San Jose, CA 95732 | Rental lease<br>Debtors lease this property for their primary residence |
| | Rental lease for 2486 Autumnvale Drive, Unit M, San Jose, CA 95131<br>Debtors lease this property for their business South City Termite |

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

**Debtor**                       (if known)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
| --- | --- |
| Delage London Financial Services<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Debtors are leasing a copy machine for their business South County Termite<br>f.k.a City Termite Control and Repair |
| Lucia Silay<br>5551 Sweigart Road<br>San Jose, CA 95132 | Rental Lease<br>Debtors are owners and landlords of this property |
| Frank Lugo<br>3535 Sierra Road<br>San Jose, CA 95312 | Rental Lease<br>Debtors are owners and landlords of this property |
| Alan Broswell<br>3535 Sierra Road<br>San Jose, CA 95312 | Rental Lease<br>Debtors are owners and landlords of this property |

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

<b>Debtor</b>          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Janice Viloria<br>1492 Crosely Court<br>San Jose, CA 95132<br>Janice is making payments | University of San Francisco<br>2053 Fulton Street<br>San Francisco, CA 94117<br>(Private Lender) |

In Re:        VILORIA, Florentino & Lilia       Case No.      09-59380

**Debtor**                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP    son        AGE    24 | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | 1) Self Employed 2)Real Estate Agent-Independent | Self-Employed/Manager |
| Name of Employer | 1)South Bay Termite f.k.a Termite City Control and Repair | South Bay Termite f.k.a Termite City Control and Repair |
| How Long Employed | 1)employed 17 yrs. 2) employed 24yrs. | 14 years |
| Address of Employer | 1) 2485 Autumnvale Drive, Unit M, San Jose, CA<br>2)1492 Crosely Court, San Jose, CA | 2485 Autumnvale Drive, Unit M, San Jose, CA |

**Income:** (Estimate of average monthly income)

| | | | |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ 17,859.00 | $ 0.00 |
| 8. Income from real property | $ 34,400.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or other government assistance (Specify): | 0.00 | $ |
| | $ | |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income Specify: real estate commission | $ 2,625.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 54,884.00 | $ 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 54,884.00 | $ 0.00 |
| 16. TOTAL COMBINED MONTHLY INCOME | $ 54,884.00 | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In Re: _____VILORIA, Florentino & Lilia_____     Case No. _____09-59380_____

**Debtor**                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 14,7100.00 |
| a. Are real estate taxes included? ☐ Yes ☒ No | | | |
| b. Is property insurance included? ☐ Yes ☒ No | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 290.00 |
| b. Water and sewer | | $ | 6.25 |
| c. Telephone | | $ | 160.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 1,516.67 |
| 4. Food | | $ | 800.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 60.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines | | $ | 0.00 |
| 10. Charitable contributions | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renters | | $ | 133.33 |
| b. Life | | $ | 1,300.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 280.00 |
| e. Other | | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | $ | 0.00 |
| Specify: | | | |
| 13. Installment payments: (In chapter 11, 12 or 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | |
| b. Other | | $ | |
| c. Other | | $ | |
| 14. Alimony, maintenance, and support paid to others | | $ | |
| 15. Payments for support of additional dependents not living at your home | | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | |
| 17. Other  son's medical expenses | | $ | 175.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.) | | $ | 152,371.25 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: Possible increase in income from Termite business next year if economy picks up

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | |
| b. Average monthly expenses from Line 18 above | $ | |
| c. Monthly net income (a. minus b.) | $ | |

# ADDENDUM (BUSINESS EXPENDITURES)

| | | |
|---|---|---|
| Rent or mortgage | $ | 1,300.00 |
| | | |
| Office Expenses | | |
|     Administration | $ | 276.00 |
|     Supplies | $ | 238.33 |
|     Materials | $ | 2,089.17 |
| | | |
| Utilities | | |
|     Gas and Electric | $ | 0.00 |
|     Water and Sewer | $ | 0.00 |
|     Phone | $ | 900.00 |
|     Other | $ | 71.67 |
| | | |
| Wages | $ | 9.44 |
| Employee benefits | $ | 0.00 |
| Travel and meals | $ | 0.00 |
| | | |
| Car/Truck Expenses | | |
|     Installment Payments | $ | |
|     Licenses | $ | 29.00 |
|     Gas | $ | 110.00 |
|     Oil, Repairs, Maintenance | $ | 266.00 |
|     Insurance | $ | |
|     Other | $ | |
| | | |
| Insurance | $ | 276.00 |
|     Specify: Liability Insurance | | |
| | | |
| Installment Payments | $ | |
|     Specify: | | |
| | | |
| Taxes | $ | 800.00 |
|     Specify: Back taxes owed on business | | |
| | | |
| Licenses and Fees | $ | 33.00 |
| | | |
| Legal and Professional Services | $ | 100.00 |
| | | |
| Trade Publications and Subscriptions | $ | |
| | | |
| Other Expenses | $ | 301.00 |
|     Specify: Home Owners Association | | |
|     Stamps(Structural Pest Control Board) | | |

Total  $          6,799.61

B7(Official Form 7)(12/07)

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## Northern District of California, San Jose Division

In Re:      VILORIA, Florentino & Lilia      Case No.      09-59380

**Debtor**      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None", mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None ☒    **1. Income from employment or operation of business**

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    Amount          Source

## 2. Income other than from employment or operation of business

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
| --- | --- |

## 3. Payments to creditors

None ☒    a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on account of a domestic support obligation,] made within 90 days immediately preceding the commencement of this case. Indcate with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Nane and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
| --- | --- | --- | --- |

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counselig agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
| --- | --- | --- | --- |

None ☒ c. All debtors: List all payment made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Sco Kat Enterprises, Inc. v. City Termite Control & Repair and F. & L. Viloria CASE NO:7-09-SC-036812 | Small Claims Money | Santa Clara Superior Court | Filed: 10/20/09    OPEN |
| U.S. Bank National Assoiation v. F. and L. Viloria CASE NO: 1-09-CV-146695 | Unlawful Detainer- Residential- Limited | Santa Clara Superior Court | Filed: 7/7/09 Disposed: 8/11/09 POST |

None ☒    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |

## 6. Assignments and receiverships

None  ☒  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None  ☒  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Law Offices of Kenneth Graham | 9/21/09 | 4,500.00   Loan Modification |
| 171 Mayhew Way #208 | 10/29/09 | 50.00   Credit Report |
| Pleasant HIll, CA 94523 | 10/29/09 | 1,039.00   Filing Fee |
| | 10/30/09 | 5,000.00   Bankruptcy |

## 10.  Other transfers

None  ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferree, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
| --- | --- | --- |

None  ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
| --- | --- | --- |

## 11.  Closed financial accounts

None  ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding
the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

### 15. Prior address of debtor

None ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

Address                                                  Name Used                                                  Dates of Occupancy

### 16. Spouses and former spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

Name

**17. Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

### 18. Nature, location and name of business

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within the six-years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this csae.

| Name, Address, Last Four Digits of Soc. Sec. No. Complete EIN or Other Taxpayer I.D. No. | Nature of Business | Beginning and Ending Dates |
|---|---|---|

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None   ☒    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

Name and Address        Dates Services Rendered

None   ☒    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

Name and Address        Dates Services Rendered

None   ☒    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

Name and Address

None   ☒    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Name and Address        Date Issued

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
of each inventory, and the dollar amount and basis of each inventory.

|  |  | Amount of Inventory |
| --- | --- | --- |
| Date of Inventory | Inventory Supervisor | (Specify cost, market or other basis) |

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories
reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
| --- | --- |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
| --- | --- | --- |

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

|  |  | Nature and Percentage |
| --- | --- | --- |
| Name and Address | Title | of Stock Ownership |

**22. Former partners, officers, directors and shareholders**

None ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Name and Address                                                  Date of Withdrawal

None ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Name and Address                           Title                           Date of Termination

**23.  Withdrawals from a partnership or distributions by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                       Amount of Money
Relationship to Debtor                      Date and Purpose of Withdrawal            and Value of Property

**24.  Tax consolidation group**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

Name of Parent Corporation                                    Taxpayer Identification Number

**25.  Pension funds**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                          Taxpayer Identification Number

# UNITED STATES BANKRUPTCY COURT
## Northern District of California, San Jose Division

**STATEMENT**
**Pursuant to Rule 2016(b)**

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,550.00 |
| Prior to the filing of this statement I have received | $ | 9,550.00 |
| Amount of filing fee in this case paid | $ | 1,039.00 |
| Balance Due | $ | 5,000.00 |

2.  The source of the compensation paid to me was:

    ☒  Debtor(s)    ☐  Other   (Specify: )

3.  The source of the compensation to be paid to me is:

    ☒  Debtor(s)    ☐  Other   (Specify: )

4.  ☒  I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    ☒  Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
    ☒  Preparation and filing of any petition, schedules, statements, and plan which may be required.
    ☒  Representation of the debtor(s) at the meeting of creditors.
    ☒  Negotiation of reaffirmation or surrender of secured collateral.
    ☒  Loan Modification
    ☒  Credit Report

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>10/30/2009</u>                         X   <u>/s/ Kenneth R. Graham</u>
Date

In re    Violoria, Florentino and Lilia
       Debtor(s)

Case Number:    09-59380
       (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. CALCULATION OF CURRENT MONTHLY INCOME

| | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.<br>b. ☒ Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.<br>c. ☐ Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.<br><br>All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | |
| 3 | Net income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts<br>b. Ordinary and necessary business expenses<br>c. Business income — Subtract Line b from Line a | | | |
| 4 | Net rental and other real property income. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts<br>b. Ordinary and necessary operating expenses<br>c. Rent and other real property income — Subtract Line b from Line a | | | |
| 5 | Interests, dividends, and royalties. | | | |
| 6 | Pension and retirement income. | | | |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | | |
| 8 | Unemployment compensation. Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor _____ Spouse _____ | | | |

| 9 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | | |
| | b. | | |
| 10 | Subtotal of current monthly income. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | |
| 11 | Total current monthly income. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | |

## Part II: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this is a joint case, both debtors must sign.) |
|---|---|
| | Date: 11/13/2009    Signature: /s/ Florentino Viloria |
| | Date: 11/13/2009    Signature: /s/ Lilia Viloria |