**KENNETH R. GRAHAM, # 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax. No. (925)932-3940
Email: krg@elaws.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

VILORIA, FLORENTINO and LILIA

　　　　　　　Debtors.

Case No.: 09-59380

Chapter 11

**MOTION TO VALUE LIEN**

Judge: Hon. Arthur S. Weissbrodt

　　　　Pursuant to F.R.B.P 3012 and 11 U.S.C. § 506, Debtors move the Court to determine the value of a lien held by Wells Fargo Bank, N.A. (Successor by merger to Wells Fargo Bank Southwest, N.A. fka: Wachovia Mortgage, FSB) (hereinafter "WELLS FARGO") secured by Debtors' real property located at 1704 Theron Way, Modesto, California 95351 (hereinafter the "Subject Property").

　　　　The instant Motion is supported by the pleadings and papers on file in this Bankruptcy case, the declarations in support of the motion and exhibits, if any, filed herewith, and such oral and documentary evidence as the court may permit upon the hearing of the motion.

　　　　Debtors respectfully represent that:

　　　　1. Debtors filed the above entitled Chapter 11 Bankruptcy case on October 30, 2009.

　　　　2. At all relevant times Debtors were the owner of the Subject Property.

3. WELLS FARGO holds a first position lien against the Subject Property, being recorded with the County of Stanislaus, on or about May 06, 2005, as Document No. 2005-0084141-00 (herein after the "Lien").
4. Debtors are informed and believes that the value of the Lien is approximately $190,683.00 as of the filing date of Debtors petition.
5. Debtors are informed and believe that the value of the Subject Property is $58,000.00.
6. The Subject Property is not the Debtors primary residence.

WHEREFORE, Debtors respectfully requests that the court:
1. Determine the value of the Subject Property to be $58,000.00; and
2. Determine that the Lien held by WELLS FARGO against the Subject Property be secured in the amount of $58,000.00, and that the balance of the claim held by Wells be unsecured.

Dated: March 9, 2010

By: /s/ Kenneth R. Graham
KENNETH R. GRAHAM
Law offices of Kenneth R. Graham
Attorneys for Debtors

Motion to Value Lien –
VILORIA-Theron Property

2