
**DAVID S. HOFFMAN**
**Attorney at Law**
75 East Santa Clara St., #1350
San Jose, CA 95113

David S. Hoffman     State Bar No: 151656

Telephone: 408/920-9687
Telefax:    408/920-2516

Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>VILORIA, Florentino and Lilia,<br><br>Debtor.<br><br>SSN:<br><br>MANAGEMENT AND INVESTMENT GROUP,<br><br>Movant Secured Party,<br><br>-vs-<br><br>FLORENTINO and LILIA VILORIA, and DEVIN DURHAM-BURK, Trustee,<br><br>Respondents. | Case No. 09-59380 -ASW<br><br>Chapter 11<br><br>**OBJECTION TO PROPOSED ORDER VALUING LIEN**<br><br>Date:<br>Time:<br>Place:<br><br>Ctrm:<br>Judge: |

MARTINIANO QUE, dba MANAGEMENT AND INVESTMENT GROUP, (MIG), objects to the proposed order valuing lien, submitted to the court on or about April 2, 2010.

On March 9, 2010, Debtors filed a Motion to Value the Lien of MIG against the real property commonly known as 305 W. Cincinnati Dr., Las Vegas, NV 89102, ("Subject Property").

In their motion, Debtors requested that this court find that the Subject Property be valued at $250,000, and that MIG's loan, secured against the Subject Property, be secured in the amount of $250,000 "and that the balance of the claim held by MIG be unsecured." (Docket No. 71).

The proposed Order Valuing Lien however, seeks to have the entire lien valued at "zero" and seeks to place the entire amount of MIG's loan to debtors in the unsecured category.

The proposed Order Valuing Lien seeks to cover more ground than what the motion seeks. Federal statute 11 USCS §506 is not lien avoidance statute; its legislative purpose is to provide means for determining the extent of claim security interest. *Lee v Bank One, N.A.* (In re Lee) (2000, BC ND Ohio) 249 BR 864, 44 CBC2d 733.

> Pursuant to § 506(a) of the Code, secured claims are to be valued and allowed as secured *to the extent of the value of the collateral* and unsecured, to the extent it is enforceable, for the excess over such value. The valuation of secured claims may become important in different contexts, e.g., to determine the issue of adequate protection under § 361, impairment under § 1124, or treatment of the claim in a plan pursuant to § 1129(b) of the Code....

(Notes of Advisory Committee, *emphasis added*.)

Secured Creditor MIG respectfully requests that this Court require debtor or their counsel to prepare and Order that conforms to the relief requested, and no more.

Respectfully submitted,

Date: April 6, 2010

*DAVID S. HOFFMAN, ATTORNEY AT LAW*

By /s/ David S. Hoffman
David S. Hoffman, Attorney for Movant Secured Creditor

# PROOF OF SERVICE BY MAIL

State of California }
County of Santa Clara }

I, the undersigned, declare as follows:

    I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 75 E. Santa Clara St., #1350, San Jose, CA 95113.

    On 4/6/2010, I served the foregoing document described as **OBJECTION TO PROPOSED ORDER VALUING LIEN** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Jose, California, addressed as follows:

| | |
|---|---|
| Attorney for Debtor: | Kenneth R. Graham, Esq.<br>171 Mayhew Way, #208<br>Pleasant Hill, CA 94523 |
| Trustee: | Office of the US Trustee<br>San Jose Office Division<br>280 S. First St. Room 268<br>San Jose, CA 95113 |
| Bankruptcy Judge: | Hon. Arthur S. Weissbrodt<br>US Bankruptcy Judge<br>U.S. Courthouse, Room 3035<br>280 S. First St.<br>San Jose, CA 95113 |
| Bankruptcy Clerk's Office: | U.S. Courthouse, Room 3035<br>280 S. First St.<br>San Jose, CA 95113 |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/6/2010

David S. Hoffman, Esq.

Case No. 09-59380-ASW
Objection to Proposed Order Valuing Lien