# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: Viloria Florentino and Lilia Florentino ) Bankruptcy No.: 09-59380
) R.S. No.: DSH-001
) Hearing Date: May 18, 2010
) Time: 2:00 p.m.
)
Debtor(s) )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **10/30/2009**  **Chapter: 11**
Prior hearings on this obligation: _____Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____ Source of value: _____
Contract Balance: $_____ Pre-Petition Default: $_____
Monthly Payment: $_____ No. of months: _____
Insurance Advance: $_____ Post-Petition Default: $_____
No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): **305 W. Cincinnati Dr., Las Vegas, NV**

Fair market value: **$250,000** Source of value: **Debtor's Motion to Value Lien** If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): **First**

Approx. Bal. **$245,348.82**_____ Pre-Petition Default: $_____
As of (date): _____ No. of months: ____
Mo. payment: **$2,913.63**_____ Post-Petition Default: **$22,869.93**_____
Notice of Default (date): _____ No. of months: _____
Notice of Trustee's Sale:_____ Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | | $ | |
| Sewer Assessment_____: | $1,899.64 | | $1,899.64 |
| _____: | | | |
| (Total) | $1,899.64 | $ | $1,899.64 |

Other pertinent information: **Property is red-tagged by the City of Las Vegas. No tenants allowed to rent.**

Dated: 4/12/10                                          _____/s/David S. Hoffman _____
                                                                           Signature

                                                                    ____David S. Hoffman_____
                                                                      Print or Type Name

                                       Attorney for Martiniano Que, dba Management and Investment
                                       Group, Secured Creditor