**DAVID S. HOFFMAN**
Attorney at Law
75 East Santa Clara St., #1350
San Jose, CA   95113

David S. Hoffman          State Bar No: 151656

Telephone: 408/920-9687
Telefax:     408/920-2516

Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>VILORIA, Florentino and Lilia,<br><br>　　　　　Debtor.<br><br>SSN: | Case No. 09-59380 -ASW<br>RS: DSH-001<br><br>Chapter 11 |
| MANAGEMENT AND INVESTMENT GROUP,<br><br>　　　　　Movant Secured Party,<br>-vs-<br><br>FLORENTINO and LILIA VILORIA, and DEVIN DURHAM-BURK, Trustee,<br><br>　　　　　Respondents. | **NOTICE OF MOTION FOR RELIEF FROM STAY**<br><br>Date: May 18, 2010<br>Time: 2 p.m.<br>Place: 280 S. First St., San Jose, CA<br>Ctrm: 3020<br>Judge: Arthur S. Weissbrodt |

TO ALL INTERESTED PARTIES:

　　PLEASE TAKE NOTICE THAT MARTINIANO QUE, dba MANAGEMENT AND INVESTMENT GROUP, ("MIG") has filed a motion with the court for relief from the automatic stay of 11 U.S.C. §362(a) to permit MIG, its employees, agents and assigns to excercise all rights under applicable non-bankruptcy law under its Deed of Trust and relating to the real property commonly known as 305 W. Cincinnati Dr., Las Vegas, NV and more formally known as:

---

Case No.  09-59380-ASW　　　　　　　1　　　　　　　Notice of Motion for Relief From Stay...

**LOT TEN (1) in Block Three (3) of JUDY RICH TRACT, as shown by map thereof on file in Book 4 of Plats, Page 27, in the Office of the County Recorder of Clark County, Nevada.**

Additionally, Secured Creditor seeks an Order for prospective *in rem* relief, effective on any other persons claiming to have an interest in the real property, and for a waiver of Bankruptcy Rule 4001(a)(3).

The Court will hold a Preliminarty Hearing on MIG's motion on May 18, 2010 at 2 p.m. before the Hon. Arthur S. Weissbrodt, United States Bankruptcy Judge, in Courtroom 3020, 280 S. First St., San Jose, CA 95112. If you oppose the granting of that Motion, you must appear at the Preliminary Hearing either in person or by counsel. A Respondent is not required to, but may file responsive pleading, points and authorities, and declarations for any preliminary hearing.

Date: April 12, 2010  *DAVID S. HOFFMAN, ATTORNEY AT LAW*

By __/s/ David S. Hoffman_____
David S. Hoffman, Attorney for Movant Secured Creditor

Case No. 09-59380-ASW    2    Notice of Motion for Relief From Stay...

Case: 09-59380   Doc# 103   Filed: 04/12/10   Entered: 04/12/10 16:59:04   Page 2 of 2