```
                                            Entered on Docket
                                            April 27, 2010
1   KENNETH R. GRAHAM, ESQ., SBN 216733     GLORIA L. FRANKLIN, CLERK
                                            U.S BANKRUPTCY COURT
2   Law Offices of Kenneth R. Graham        NORTHERN DISTRICT OF CALIFORNIA
    171 Mayhew Way, Suite 208
3   Pleasant Hill, CA 94523
    Tel. No. (925) 932-0170                 IT IS SO ORDERED.
4   Fax No. (925) 952-7796                  Signed April 27, 2010
    Email: krg@elaws.com
5
6   Attorney for Debtors                          Arthur S. Weissbrodt
                                                  U.S. Bankruptcy Judge
```



```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION

In Re:                              )
                                    )   Case No.: 09-59380
                                    )
                                    )   Chapter 11
                                    )
VILORIA, Florentino and Lilia       )   ORDER VALUING LIEN
                                    )
                                    )
                                    )   Judge: Hon. Arthur S. Weissbrodt
              Debtors.              )
                                    )
                                    )
                                    )
                                    )
```

**ORDER VALUING LIEN OF MANAGEMENT AND INVESTMENT GROUP**

On March 9, 2010, Debtors filed a Motion to Value the Lien of Management and Investment Group (hereinafter "Lienholder") against the property commonly known as 305 W. Cincinnati Drive, Las Vegas, NV 89102, and more fully described in Exhibit "A" attached hereto, which lien was recorded in the County of Clark, Nevada on or about June 2002 as document #200206270001490 (hereinafter the "Lien").

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion,

THE COURT HEREBY ORDERS as follows:

1. For purposes of Debtors' chapter 11 plan only, the collateral is valued at $250,000.00.
2. The Lien held by the Lienholder is thereby valued at $250,000.00
3. The amount of Lienholder's secured claim over and above the valued Lien amount of $250,000.00, including any such amounts claimed in Lienholder's proof of claim, is thereby considered a general non-priority unsecured claim.

**END OF ORDER**

ORDER VALUING LIEN

## COURT SERVICE LIST

**HON. ARTHUR S. WEISSBRODT**
**U.S. Bankruptcy Judge**
United States Courthouse Rm 3035
280 South First Street
San Jose, CA 95113

**OFFICE OF THE U.S. TRUSTEE**
**San Jose Division Office**
280 South First Street Rm.268
San Jose, CA 95113

**MANAGEMENT AND INVESTMENT GROUP**
ATTN: Legal Correspondence to Officer(s), General Manager(s) and Agent(s) for Service of Process
7137 Cressida Court
Las Vegas, NV 89113

**David S. Hoffman, Attorney for**
**Management and Investment Group**
75 East Santa Clara Street, #1350
San Jose, CA 95113

**Kenneth R. Graham, Esq.**
Attorney for Debtors
Law Office of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523

**Debtors**
Florentino and Lilia Viloria
1492 Crosley Court
San Jose, CA 95132

# Exhibit "A"

### Legal Description

The following described real property situates in the CITY OF LAS VEGAS, County of CLARK, State of NEVADA:

Lot Ten (10) in Block Three (3) of JUDY RICH TRACT, as shown by map thereof on file in Book 4 of Plats, Page 27, in the Office of the County Recorder of Clark County, Nevada.

Assessor's Parcel Number: 162-04-811-028