**KENNETH R. GRAHAM, SBN 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel. No. (925) 932-0170
Fax No. (925) 932-3940
Email: krg@elaws.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>FLORENTINO QUILALA VILORIA and<br>LILIA ABROGAR VILORIA,<br><br>              Debtors. | Case No.: 09-59380<br>Chapter: 11<br><br>**DECLARATION OF DEBTORS**<br><br>Hearing Date: May 18, 2010<br>Time:  2:00 p.m.<br>Place:  U.S. Bankruptcy Court<br>          Courtroom 3035<br>          280 South First Street<br>          San Jose, CA<br>Judge: The Hon. Arthur S. Weissbrodt |

We, FLORENTINO and LILIA VILORA, Debtors in the above-entitled action, do hereby declare as follows:

1. We filed a Chapter 11 petition with the U.S. Bankruptcy Court on October 30, 2009.

2. Our real property commonly known as 305 W. Cincinnati Avenue, Las Vegas, NV is used as a rental property ("Rental Property").

3. The Rental Property is a 10-unit apartment complex.

4. The Rental Property was damaged by former tenants who stole the air conditioning units that serviced the individual units.

5. Insurance proceeds to replace the air conditioning units have been withheld by creditor Martiniano Que, dba Management and Investment Group.

6. The units previously rented at $400.00 per month per unit, and are expected to rent at the same rate once the air conditioning unit is replaced.

7. We are currently formulating our Chapter 11 Reorganization Plan.

8. It is our opinion that the Rental Property is essential to our Chapter 11 Reorganization Plan.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Executed on May 14, 2010 at Pleasant Hill, California.

Respectfully,

 /s/ Florentino Viloria
Florentino Viloria,
Debtor


/s/ Lilia Viloria
Lilia Viloria,
Co-Debtor