**KENNETH R. GRAHAM, ESQ, SBN 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax No. (925)932-3940
Email: krg@elaws.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>VILORIA, Florentino and Lilia<br><br>Debtors. | Case No.: 09-59380<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT OF FLORENTINO AND LILIA VILORIA, CHAPTER 11 DEBTORS WITH CERTIFICATE OF SERVICE**<br><br>Hearing Date: June 21, 2010<br>Time: 2:00 PM<br>Place: 280 South First Street<br>      Courtroom 3020<br>      San Jose, California<br>Judge: Hon, Arthur S Weissbrodt |

FLORENTINO and LILIA VILORIA, Debtors in the above matter, hereby submit, without limitation, their Status Conference Statement as ordered by the US Bankruptcy Court.

## DEBTOR'S OBJECTIVE IN THE CHAPTER 11 CASE AND THE MEANS BY WHICH THE DEBTORS HOPE TO ACHIEVE THOSE OBJECTIVES

The primary objective of the Debtors in this Chapter 11 case is reorganization through loan modification, lien avoidance, and cramdown or sale of some of their properties. The Debtors sought relief under Chapter 11 to stay the foreclosure sale of one of their rental properties.

1. **First Rental Property**, commonly known as 5551 Sweigert Road, San Jose, CA 95132: This property currently has a tenant. The Debtors have a 50% joint tenancy interest with two other people. The Debtors sought to value collateral; however, the Court denied the motion on May 27, 2010.

2. **Second Rental Property**, commonly known as 3535 Sierra Road, San Jose, CA 95312: The Debtors have a 50% joint tenancy interest in this property. There is currently a tenant on this property; however, Debtors were not receiving any protion of the rent as the other owners collected and kept the rent. Debtors sought to value the first lien against the property and avoid the second lien. The Court did not sign either order in light of Debtors' fractional interest.

3. **Third Rental property,** commonly known as 1704 Theron Way, Modesto, CA 95351: There is currently a tenant on this property. Debtors sought to value the first lien against the property. Although an order valuing the first lien at $83,000 was entered on April 27, 2010, a stipulation setting aside the order was filed on May 17, 2010. A hearing is set for June 22, 2010, on a motion for relief of stay.

4. **Fourth Rental Property**, commonly known as 305 W. Cincinnatti, Las Vegas, NV 89102: There are currently no tenants in this 10 unit apartment complex due to extensive vandalism. Efforts to renovate the building have been delayed as Debtors have been unable to get insurance proceeds to replace an air conditioner unit. Debtors sought to value the first lien, and the order valuing the lien at $250,000.00 was entered on April 27, 2010.

5. **Fifth Rental Property**, commonly known as 2485 Autumnvale Drive, Unit M, San Jose, CA 95131: The Debtors own and use this property to run their termite An Order for Adequate Protection was entered on May 14, 2010.

6. **Raw parcel of land**, commonly known as Lot 1564, APN 021-250-0170, Lake Don Pedro Area, Mariposa County: The Debtors would like to keep this property, but are willing to surrender it if necessary for their Reorganization Plan.

7. **Interest in Real Property**, commonly known as 502 Tramway Drive, Milpitas, CA: The Debtors' niece owns this property. The Debtors pay the mortgage and are the landlords. There is a tenant on this property and the Debtors receive the rent of at least $ 2,020.00 a month as income. The Debtors intend to stop making the mortgage payments, transfer the lease agreement to the owner, and no longer receive rental money as income.

## ANTICIPATED DATE FOR FILING A PLAN AND DISCLOSURE STATEMENT

Debtor's Plan of Reorganization and Disclosure Statement will be filed within 60 days from the date of the conclusion of the Status Conference (i.e. on or before August 20, 2010). Debtors anticipate being able to renegotiate the loan terms on their properties within this time frame.

## STATUS OF MONTHLY OPERATING REPORTS AND DEBTOR-IN-POSSESSION ACCOUNT

Debtors are currently working on their Monthly Operating Reports and are in contact with the bankruptcy analyst for their case to obtain help in getting the reports in place. The Debtors have opened six Debtor-In-Possession accounts; one for each of their real properties, except their raw land property, and one for their personal use.

## STATEMENT REGARDING THE STATUS OF INSURANCE OF THE DEBTOR'S ASSETS

Following are the details of Debtor's insurance for real properties and vehicles:

**First Rental Property**: 5551 Sweigart Road, San Jose, CA 95131
Policy: Requested information from Debtors; however, information was not forwarded.

**Second Rental Property**: 353 Sierra Road, San Jose, CA 95132
Policy: Requested information from Debtors; however, information was not forwarded.

**Third Rental Property**: 1704 Theron Way, Modesto, CA 95351
Policy: Requested information from Debtors; however, information was not forwarded.

**Fourth Rental Property**: 305 W. Cincinnati Avenue, Las Vegas, NV 89102
Policy: Requested information from Debtors; however, information was not forwarded.

**Commercial Property**: 2485 Autmunvale Drive, Unit M, San Jose, CA 95131
Policy: Property Casualty Policy
Provider: Travelers
Status: Active
Effective Period: 7/25/2009 to 7/25/2010

**Raw Land**: Lot 1564, Mariposa County. CA
Policy: Requested information from Debtors; however, information was not forwarded.

**First Vehicle:** 2000 BMW 323I
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 6/29/2009 to 6/29/2010

**Second Vehicle:** 1995 Toyota Tacoma
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 11/19/2009 to 11/19/2010

**Third Vehicle**: 2000 Lexus RX300
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 11/19/2009 to 11/19/2010

**Fourth Vehicle:** 1999 Mercedes ML 320
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 6/29/2009 to 6/29/2010

**Fifth Vehicle**: Nissan King Cab X (Owned and used by Termite Company)
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 6/29/2009 to 6/29/2010

**Sixth Vehicle:** 1995 Mitsubishi Pick-up Truck (Owned and used by termite Company)
Policy: Insurance information has not yet been received for this vehicle.

**Seventh Vehicle**: 2008 Toyota Matrix
This vehicle is not owned by the Debtors. It is owned by their daughter. The Debtors pay the insurance and the car is used by the termite company.
Policy: Auto Insurance
Provider: Titan Auto Insurance
Status: Active
Effective Period: 11/19/2009 to 11/19/2010

## STATUS OF REQUIRED POST-PETITION PAYMENTS TO TAXING AUTHORITIES

**First Rental Property:** 5551 Sweigart Rd., San Jose, CA 95132

Debtor's have unpaid property taxes on their First Rental Property from 2005 to 2009 of $78,304.23. For the 2009-2010 property taxes, $18,183.74 is past due.

**Second Rental Property**: 3535 Sierra Road, San Jose, CA 95132

Debtors have no delinquent property Taxes for their Second Rental Property.

**Third Rental Property:** 1704 Theron Way, Modesto, CA 95351

Debtors are current on their 2009-2010 property taxes for their Third Rental Property.

**Fourth Rental Property**: 305 W. Cincinnatti Avenue, Las Vegas, NV 89102

Debtors are current for the property taxes due for their Fourth Rental Property.

**Commercial Property**: 2485 Autumnvale Drive, Unit M, San Jose, CA 95131

Debtors have unpaid property taxes for their Commercial Property of $4,281.22 for 2009-2010.

**Raw Land**: Lot 1564, Mariposa County, CA

Debtors have unpaid property taxes on their raw land of at least $4,841.68.

## WHETHER THE DEBTOR HAS MET THE REQUIREMENTS FOR RETAINING PROFESSIONALS IN THE CASE

1 | The Debtors have not retained any professionals in this case other than their attorney,
2 | Kenneth R. Graham.  In the immediate future, Debtors intend to apply to hire Appraisers to help
3 | appraise their rental properties.
4 |
5 |
6 | Dated: June 9, 2010                                    Respectfully,
7 |                                                        Law Offices of Kenneth R. Graham
8 |
9 |                                                        By:   */s/ Kenneth R. Graham*
10|                                                              KENNETH R. GRAHAM
                                                                 Attorney for Debtors